## ADNA MERRITT *versus* THOMAS PALMER AND BECKLEY ROWLEY

JOURNAL ENTRIES (1824–29): *Journal 3:* (1) Appearance, bail waived, rule to declare and to plead *p. 481. *Journal 4:* (2) Continued MS p. 121; (3) continued MS p. 185; (4) case argued, submitted MS p. 233; (5) damages remitted, judgment for costs MS p. 259.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) waiver of bail; (4) declaration; (5) plea of nil debet; (6) transcript of calendar entries of county court; (7) case made for opinion of court; (8) draft of judgment on case made; (9) remittitur of damages and consent to judgment.

*1824–36 Calendar*, MS p. 6.